**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BARBARA J. GILLESPIE,** : | |
|    Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 18-60** |
| : | |
| **MAIN LINE HEALTH,** : | |
|    Defendant. : | |

**ORDER**

This 7th day of January, 2019, for the reasons stated in the accompanying Memorandum, Defendants' Motion for Summary Judgment is **GRANTED** in full. The Clerk shall close this case for statistical purposes.

                                                                                            /s/ Gerald Austin McHugh
                                                                                          United States District Judge